# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-60340

---

Glen Pace,

*Plaintiff—Appellant*,

Wayne E. Ferrell, Jr., *Attorney*,

*Interested Party—Appellant*,

*versus*

Cirrus Design Corporation, *Individually*, *doing business as* Cirrus Aircraft *Corporation*; Apteryx, Incorporated, *doing business as* Arapahoe Aero,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:22-CV-685

---

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the appeal is dismissed as of September 23, 2025, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

No. 25-60340

By: _____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT